Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTH AND WELFARE TRUST (INCLUDES VACATION ALLOWANCE), PUGET SOUND ELECTRICAL WORKERS PENSION TRUST, PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST, NATIONAL ELECTRICAL BENEFIT FUND, and LABOR MANAGEMENT COOPERATION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>MARINE ELECTRICAL AND PROCESS CONTROL, LLC, a Washington limited liability company,<br><br>Defendant. | CAUSE NO.: CV5-1178RSM<br><br>ORDER TO COMPEL INSPECTION OF PAYROLL RECORDS |

Pursuant to Plaintiffs Puget Sound Electrical Workers Health and Welfare Trust (Includes Vacation Allowance), Puget Sound Electrical Workers Pension Trust, Puget Sound Electrical Joint Apprenticeship and Training Trust, National Electrical Benefit Fund, and Labor Management Cooperation Trust's Motion for entry of an Order to Compel Inspection, and the Court having considered the pleadings on file, including the Affidavit of Robert A. Bohrer and Certificate of Counsel, and being otherwise generally advised, it is hereby

ORDER TO COMPEL INSPECTION OF RECORDS
CASE NO. CV5-1178 RSM - PAGE 1 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

**ORDERED** that Defendant Marine Electrical and Process Control, LLC, a Washington limited liability company (Employer) shall produce and make available all payroll records requested by Plaintiffs for inspection covering the period January 2003 through current.  The records to be made available include, but are not limited to the following:

1. Time cards and time books;

2. Check registers, check stubs, bank statements and canceled checks;

3. Payroll journals and cash disbursements journals;

4. Earning record cards, compensation records or other such forms that reflect each employee's payment history;

5. Payroll tax reports to Federal and State agencies, including:

    (a) Form 941 – Quarterly Reports to Internal Revenue Service (Social Security);

    (b) Forms SF 7578 – Quarterly Reports to State Department of Labor & Industries (Industrial Insurance);

    (c) Form 5208 – Quarterly Reports to State Employment Security Department (Unemployment Compensation);

    (d) Form W-2 – Annual Wage and Tax Statement;

    (e) Form W-4 – Employees' Withholding Allowance Certificate.

    (f) Certified Payroll Reports and/or Job Records for entire period of review.

///

///

///

///

///

///

///

ORDER TO COMPEL INSPECTION OF RECORDS
CASE NO. CV5-1178 RSM - PAGE 2 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

**IT IS FURTHER ORDERED** that the Defendant Employer shall produce and make available such documents to Plaintiffs' auditor no later than two weeks from the date this Order is served on Defendant Employer.

**IT IS FURTHER ORDERED** that the Defendant Employer shall pay to Plaintiffs the sum of $150.00, representing reasonable attorney's fees incurred in obtaining this Order.

DATED this __22__ day of February, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiffs

ORDER TO COMPEL INSPECTION OF RECORDS
CASE NO. CV5-1178 RSM - PAGE 3 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587